# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| SUSAN L. RICHARD,<br><br>Plaintiff,<br>-vs-<br><br>JORDAN ALIPERTO, PATRICK LEVITT and the CITY OF GREAT FALLS,<br><br>Defendants. | Case No.: CV-24-42-GF-BMM-JTJ<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the stipulation of the parties providing notice that they have reached a comprehensive, final, and irrevocable settlement of the above-entitled case.

IT IS HEREBY ORDERED that the above-entitled action be dismissed with prejudice, with each party to bear their own fees and costs.

DATED this 8th day of October, 2024.

_____
Brian Morris, Chief District Judge
United States District Courts

1